**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**

**Docket No. 5:22-CR-152-1D**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **JOSHUA AUBIE DAYE** | ) | |
| **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for the April 27, 2026, term in Raleigh. The case is hereby CONTINUED to _____June 2026_____ in Raleigh, North Carolina.

This __20__ day of __March__ 2026.

_____
James C. Dever III
U.S. District Judge