UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22-CR-00152-D-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| JOSHUA AUBIE DAYE | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 47 and

its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents

to the United States Attorney and defendant's attorney.

IT IS SO ORDERED.

This the _____ 16 _____ day of June, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE